UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

BRANDON LEWIS,
TERRANCE COBB,
DAVON SMITH, and
DONTAE WILLIAMS

Case no. 8:16 cr 475 T 23 AEP

18 U.S.C. § 371
18 U.S.C. § 1029(a)(1)
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A

### INDICTMENT

The Grand Jury charges:


SEALED

### COUNT ONE
**(Conspiracy)**

**A. Introduction**

At times material to this Indictment:

1. The term "access device" means any card, plate, code, account number, electronic serial number, mobile identification number, personal identification number, or other telecommunications service, equipment, or instrument identifier, or other means of account access that can be used alone or in conjunction with another access device to obtain money, goods, services, or any other thing of value, or that can be used to initiate a transfer of funds (other than a transfer originated solely by paper instrument).

FILED
2016 NOV -3 PM 4:42
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

2. A credit card or debit card is an "access device." A credit card is a thin plastic card, usually 3-1/8 inches by 2-1/8 inches, that contains identification information and authorizes the person named on the credit card to make charges for which he or she will be billed periodically by the card issuer. A debit card looks, acts, and contains the same information as a credit card, but withdraws the money immediately from the card holder's affiliated bank account.

3. Each credit or debit card account has a unique number issued to it. A credit card or debit card account number is also an "access device." Credit card issuers, such as companies like VISA, American Express, MasterCard, Discover, and some federally insured banks and credit unions, place personal information on each card by physically stamping or embossing information onto the card, such as the account number, the account holder's name, and the expiration date for the account. Credit card issuers and financial institutions also program the magnetic strip on the back of the card with the account holder's account number, name, and the expiration date for the account.

4. The term "counterfeit access device" means any access device, including a credit card, debit card, credit card number, or debit card number,

that is counterfeit, fictitious, altered, or forged, or an identifiable component of an access device or a counterfeit access device.

5.  The term "means of identification" includes any name or number that may be used, alone or in conjunction with any other information, to identify a specific individual, including any access device. A credit card or debit card account number is a means of identification.

### B. The Conspiracy

6.  From a date unknown to the Grand Jury, but from at least in or around January 2015, and continuing through and including the date of this Indictment, in the Middle District of Florida and elsewhere,

> BRANDON LEWIS,
> TERRANCE COBB,
> DAVON SMITH, and
> DONTAE WILLIAMS,

the defendants herein, did knowingly and willfully conspire, combine, confederate, and agree with each other and individuals both known and unknown to the Grand Jury to commit certain offenses, to wit:

    a.    access device fraud, in violation of Title 18, United States Code, Section 1029(a)(1);

    b.    possessing fifteen or more counterfeit access devices, in violation of Title 18, United States Code, Section 1029(a)(3); and

3

    c.    aggravated identity theft, in violation of Title 18, United States Code, Section 1028A.

### C. Manner and Means of the Conspiracy

7. It was a part of the conspiracy that the conspirators would, and did, purchase and obtain stolen credit and debit card account numbers and account information. Most, if not all, of these stolen credit and debit accounts were issued by financial institutions headquartered outside the State of Florida to account holders who, in most cases, resided outside the State of Florida.

8. It was further part of the conspiracy that the conspirators would, and did, obtain, purchase and steal prepaid gift cards and emboss the front of these cards with their names and the stolen credit and debit card information, thereby making counterfeit credit cards.

9. It was further part of the conspiracy that the conspirators would, and did, scratch, alter, and otherwise obliterate the magnetic strips on the back of the counterfeit credit cards. In so doing, the conspirators ensured that the counterfeit credit cards' magnetic strips could not be read by cash registers and point-of-sale terminals, requiring retailers' employees to hand-key in the stolen account numbers embossed on the front of the counterfeit credit cards.

10. It was further part of the conspiracy that the conspirators would, and did, use and attempt to use counterfeit credit cards to purchase items, including gift cards from retail establishments. Most or all of these retail establishments were headquartered outside the State of Florida and sold items manufactured and shipped from outside the State of Florida.

11. It was further part of the conspiracy that the conspirators would, and did, use, possess, and transfer the stolen credit and debit card numbers without the true account holders' knowledge or permission.

12. It was further part of the conspiracy that the conspirators would, and did, sell and convert to cash the gift cards and other items purchased with counterfeit credit cards and share in the proceeds of the conspiracy.

13. It was further a part of the conspiracy that the conspirators would, and did, perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

### D. Overt Acts

14. In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed in the Middle District of Florida and elsewhere:

a. On or about the dates set forth below, each of which constitutes a separate overt act, the identified conspirator, alone and together with others known and unknown, used and attempted to use a counterfeit credit card re-embossed with the account information identified below, issued to the account holder listed below, to engage in the transactions described below, without the account holders' knowledge or consent:

| OVERT ACT | DEFENDANT | DATE | VICTIM | ACCOUNT NUMBER | TRANSACTION INFORMATION |
|---|---|---|---|---|---|
| a.1 | DONTAE WILLIAMS | 4/6/16 | V.R. | USAA debit card ending in -6943 | $304.94 |
| a.2 | DONTAE WILLIAMS | 4/6/16 | V.R. | USAA debit card ending in -6943 | $504.94 |
| a.3 | TERRANCE COBB | 4/6/16 | B.J.G. | Bancorp card ending in -5463 | $304.94 at 2141 hours (#6600) |
| a.4 | TERRANCE COBB | 4/6/16 | B.J.G. | Bancorp card ending in -5463 | $304.94 at 2142 hours (#6602) |
| a.5 | DAVON SMITH | 4/6/16 | S.M. | USAA debit card ending in -0869 | $204.94 |
| a.6 | DAVON SMITH | 4/6/16 | S.M. | USAA debit card ending in -0869 | $304.94 |
| a.7 | TERRANCE COBB | 4/6/16 | M.L. | USAA debit card ending in -2458 | $304.94 at 2147 hours (#3592) |
| a.8 | TERRANCE COBB | 4/6/16 | M.L. | USAA debit card ending in -2458 | $304.94 at 2148 hours (#3593) |
| a.9 | BRANDON LEWIS | 4/6/16 | J.W. | First Community Bank-Walhalla debit card ending in -7638 | $204.94 |
| a.10 | BRANDON LEWIS | 4/6/16 | J.W. | First Community Bank-Walhalla debit card ending in -7638 | $204.94 |
| a.11 | DONTAE WILLIAMS | 4/7/16 | R.O. | USAA debit card account ending in -7446 | $500.00 |

6

| OVERT ACT | DEFENDANT | DATE | VICTIM | ACCOUNT NUMBER | TRANSACTION INFORMATION |
|---|---|---|---|---|---|
| a.12 | DAVON SMITH | 4/7/16 | N.E. | Gate City Bank debit card ending in -9942 | $404.94 |
| a.13 | DAVON SMITH | 4/7/16 | N.E. | Gate City Bank debit card ending in -9942 | $405.44 |
| a.14 | DAVON SMITH | 4/7/16 | S.C. | USAA debit card account ending in -4667 | $305.22 |
| a.15 | BRANDON LEWIS | 4/7/16 | B.P. | USAA debit card account ending in -1057 | $204.94 |
| a.16 | BRANDON LEWIS | 4/7/16 | B.P. | USAA debit card account ending in -1057 | $304.94 |

b. On or about April 7, 2016, BRANDON LEWIS, TERRANCE COBB, DAVON SMITH, and DONTAE WILLIAMS were stopped in a vehicle and found to be in possession of fifteen or more counterfeit credit cards and gift cards purchased with counterfeit and unauthorized credit cards.

c. On or about April 13, 2016, DONTAE WILLIAMS was stopped in a vehicle and found to be in possession of multiple counterfeit credit cards.

All in violation of Title 18, United States Code, 371.

## COUNTS TWO THROUGH FIFTEEN
(Access Device Fraud)

1. Paragraphs 1 through 5 of Part A of Count One of this Indictment, Introduction, are realleged and incorporated by reference as if fully set forth herein.

7

2. On or about the dates listed below, in the Middle District of Florida and elsewhere,

> BRANDON LEWIS,
> TERRANCE COBB,
> DAVON SMITH, and
> DONTAE WILLIAMS,

the defendants herein, knowingly and with the intent to defraud, produced, used, and trafficked in the counterfeit access devices described below, aided and abetted each other and others in the production, use, and trafficking of the counterfeit access devices described below, and attempted to produce, use, and traffic in the counterfeit access devices described below, said production, use and trafficking affecting interstate and foreign commerce in that the credit and debit card account numbers associated with the counterfeit credit cards were issued by financial institutions headquartered outside the State of Florida and used or attempted to be used at retail establishments headquartered outside the state of Florida:

| COUNT | DATE | VICTIM | ACCOUNT NUMBER | TRANSACTION INFORMATION |
|---|---|---|---|---|
| TWO | 4/6/16 | V.R. | USAA debit card ending in -6943 | $304.94 |
| THREE | 4/6/16 | V.R. | USAA debit card ending in -6943 | $504.94 |
| FOUR | 4/6/16 | B.J.G. | Bancorp card ending in -5463 | $304.94 at 2141 hours (#6600) |

| COUNT | DATE | VICTIM | ACCOUNT NUMBER | TRANSACTION INFORMATION |
|---|---|---|---|---|
| FIVE | 4/6/16 | B.J.G. | Bancorp card ending in -5463 | $304.94 at 2142 hours (#6602) |
| SIX | 4/6/16 | S.M. | USAA debit card ending in -0869 | $204.94 |
| SEVEN | 4/6/16 | S.M. | USAA debit card ending in -0869 | $304.94 |
| EIGHT | 4/6/16 | M.L. | USAA debit card ending in -2458 | $304.94 at 2147 hours (#3592) |
| NINE | 4/6/16 | M.L. | USAA debit card ending in -2458 | $304.94 at 2148 hours (#3593) |
| TEN | 4/6/16 | J.W. | First Community Bank-Walhalla debit card ending in -7638 | $204.94 at 2149 hours (#6607) |
| ELEVEN | 4/6/16 | J.W. | First Community Bank-Walhalla debit card ending in -7638 | $204.94 at 2151 hours (#6609) |
| TWELVE | 4/7/16 | R.O. | USAA debit card account ending in -7446 | $500.00 |
| THIRTEEN | 4/7/16 | N.E. | Gate City Bank debit card ending in -9942 | $404.94 |
| FOURTEEN | 4/7/16 | N.E. | Gate City Bank debit card ending in -9942 | $405.44 |
| FIFTEEN | 4/7/16 | S.C. | USAA debit card account ending in -4667 | $305.22 |

In violation of Title 18, United States Code, Sections 1029(a)(1) and 2.

## COUNTS SIXTEEN AND SEVENTEEN
### (Access Device Fraud)

1. Paragraphs 1 through 5 of Part A of Count One of this Indictment, Introduction, are realleged and incorporated by reference as if fully set forth herein.

2. On or about the dates listed below, in the Middle District of Florida and elsewhere,

BRANDON LEWIS and
TERRANCE COBB,

the defendants herein, knowingly and with the intent to defraud, produced, used, and trafficked in the counterfeit access devices described below, aided and abetted each other and others in the production, use, and trafficking of the counterfeit access devices described below, and attempted to produce, use, and traffic in the counterfeit access devices described below, said production, use and trafficking affecting interstate and foreign commerce in that the credit and debit card account numbers associated with the counterfeit credit cards were issued by financial institutions headquartered outside the State of Florida and used or attempted to be used at retail establishments headquartered outside the State of Florida:

| COUNT | DATE | VICTIM | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|---|
| **SIXTEEN** | 4/7/16 | B.P. | USAA debit card ending in -1057 | $204.94 |
| **SEVENTEEN** | 4/7/16 | B.P. | USAA debit card ending in -1057 | $304.94 |

In violation of Title 18, United States Code, Sections 1029(a)(1) and 2.

## COUNT EIGHTEEN
### (Possession of Fifteen or More Counterfeit Access Devices)

1.  Paragraphs 1 through 5 of Part A of Count One of this Indictment, Introduction, are realleged and incorporated by reference as if fully set forth herein.

2.  On or about April 7, 2016, in the Middle District of Florida,

>   BRANDON LEWIS,
>   TERRANCE COBB,
>   DAVON SMITH, and
>   DONTAE WILLIAMS,

the defendants herein, knowingly and with intent to defraud, possessed fifteen or more counterfeit credit cards, said possession affecting interstate and foreign commerce in that the credit and debit card account numbers associated with the counterfeit credit cards were issued by financial institutions headquartered outside the State of Florida to owners and users of the accounts who resided outside the State of Florida.

In violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNTS NINETEEN THROUGH TWENTY-SIX
(Aggravated Identity Theft)

1. Paragraphs 1 through 5 of Part A of Count One of this Indictment, Introduction, are realleged and incorporated by reference as if fully set forth herein.

2. On or about the dates listed below, in the Middle District of Florida and elsewhere,

>BRANDON LEWIS,
>TERRANCE COBB,
>DAVON SMITH, and
>DONTAE WILLIAMS,

the defendants herein, did knowingly transfer, possess and use, without lawful authority, and aided and abetted each other and others in the transfer, possession, and use without lawful authority, a means of identification of another person, specifically a counterfeit credit card with an account number belonging to each enumerated victim, during and in relation to the felony offense of access device fraud, in violation of 18 U.S.C. §1029, knowing that the means of identification belonged to an actual person:

| COUNT | DATE | VICTIM | ACCOUNT NUMBER | TRANSACTION INFORMATION |
|---|---|---|---|---|
| NINETEEN | 4/6/16 | V.R. | USAA debit card ending in -6943 | Purchases for $304.94 and $504.94 |
| TWENTY | 4/6/16 | B.J.G. | Bancorp card ending in -5463 | Two purchases for $304.94 each |
| TWENTY-ONE | 4/6/16 | S.M. | USAA debit card ending in -0869 | Purchases for $204.94 and $304.94 |

| COUNT | DATE | VICTIM | ACCOUNT NUMBER | TRANSACTION INFORMATION |
|---|---|---|---|---|
| TWENTY-TWO | 4/6/16 | M.L. | USAA debit card ending in -2458 | Two purchase for $304.94 each |
| TWENTY-THREE | 4/6/16 | J.W. | First Community Bank-Walhalla debit card ending in -7638 | Two purchase for $204.94 each |
| TWENTY-FOUR | 4/7/16 | R.O. | USAA debit card account ending in -7446 | $500.00 |
| TWENTY-FIVE | 4/7/16 | N.E. | Gate City Bank debit card ending in -9942 | Purchases for $404.94 and $405.44 |
| TWENTY-SIX | 4/7/16 | S.C. | USAA debit card account ending in -4667 | $305.22 |

In violation of 18 U.S.C. §§ 1028A and 2.

## FORFEITURE

1.  The allegations contained in Counts One through Eighteen of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Sections 982(a)(2)(B), and 1029(c)(1)(C).

2.  Upon their conviction for any or all of the violations alleged in Counts One through Eighteen of this Indictment, the defendants,

BRANDON LEWIS and
TERRANCE COBB

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), all of their interest in any property constituting or derived from proceeds obtained directly or indirectly as a result of the violations. They shall also forfeit, pursuant to Title 18, United States

Code, Section 1029(c)(1)(C), any personal property used, or intended to be used to commit the offense. This specifically includes the following:

 a. a 2008 white Infiniti M35 Sedan/Sport, VIN JNKCV64E68M114286; and

 b. a 2013 Nissan Altima, VIN 1N4AL3AP4DC190694.

3. Upon their conviction for any or all of the violations alleged in Counts One through Fifteen and Eighteen of this Indictment, the defendants,

> DAVON SMITH, and
> DONTAE WILLIAMS,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), all of their interest in any property constituting or derived from proceeds obtained directly or indirectly as a result of the violations. They shall also forfeit, pursuant to Title 18, United States Code, Section 1029(c)(1)(C), any personal property used, or intended to be used to commit the offense. This specifically includes, but is not limited to a 2010 Infinity G37 Base/Sport, VIN JN1CV6AP7AM408408.

4. The specific property to be forfeited from each defendant also includes, but is not limited to, a forfeiture money judgment in the amount of the proceeds of the offense.

5. If any of the property described above, as a result of any act or omission of the defendants:

14

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or,

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p),

as incorporated by Title 18, United States Code, Sections 982(b) and 1029(c)(2).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
    AMANDA L. RIEDEL
    Assistant United States Attorney

By: _____, Deputy Chief
    for SIMON GAUGUSH
    Assistant United States Attorney
    Chief, Economic Crimes Section

L:\Cases\Criminal Cases\W\WILLIAMS, Dontae_2016R00920_ALR\p_Indictment.docx

FORM OBD-34
APR 1991

No. _____

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

BRANDON LEWIS,
TERRANCE COBB,
DAVON SMITH, and
DONTAE WILLIAMS

**INDICTMENT**

Violations:

18 U.S.C. § 371
18 U.S.C. § 1029(a)(1)
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A

A true bill,

_____
Foreperson

Filed in open court this 3rd day

of November 2016.

_____
Clerk

Bail $_____

GPO 863 525

FILED
2016 NOV -3 PM 4:42
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA